

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

MARCELINO FRED RODRIGUEZ,

Appellant,

v.

THE STATE OF TEXAS,

Appellee.

§
§
§
§
§
§
§

No. 08-14-00032-CR

Appeal from the

292nd Judicial District Court

of Dallas County, Texas

(TC# F11-22577-V)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.